

# NUMBER 13-12-00764-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**CARLOS SOSA,**                                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                              **Appellee.**

---

### On appeal from the 148th District Court
### of Nueces County, Texas.

---

# ORDER OF ABATEMENT

### Before Justices Benavides, Perkes, and Longoria
### Order Per Curiam

This cause is before the Court on appellant's unopposed motion to supplement the record with transcripts of Exhibits 31, 33 and 35. The reporter's record in this cause was filed on September 26, 2013. Appellant has advised this Court that the record does not contain Exhibits 31, 33 and 35. These exhibits are recorded interviews between

appellant and detectives which were admitted and played in front of the jury at trial.

When a relevant item has been omitted from the reporter's record, the appellate court may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items.   *See* TEX. R. APP. P. 34.6(d).   Accordingly, appellant's motion to supplement the reporter's record is GRANTED and the appeal is ABATED.

The trial court clerk of the 148th District Court of Nueces County is directed to prepare a supplemental reporter record in this cause to include Exhibits 31, 33 and 35 in trial court cause number 11-CR-3466-E.   The supplemental record shall be filed with this Court within 30 days from the date of this order.

This appeal will be reinstated upon receipt of the supplemental reporter's record and upon further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Do not Publish.
Tex. R. App. P. 47.2(b).

Delivered and filed the
12th day of December, 2013.

2